**FILED**
**JANUARY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A CERTIFIED TRUE COPY

JAN 1 1 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 26 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: RC2 CORP. TOY LEAD PAINT
PRODUCTS LIABILITY LITIGATION
**CEM**

MDL No. 1893

**08 C 308**

**JUDGE LEINENWEBER**

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On December 19, 2007, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___ F.Supp.2d ___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Harry D. Leinenweber.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Leinenweber.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 19, 2007, and, with the consent of that court, assigned to the Honorable Harry D. Leinenweber.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 1 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: RC2 CORP. TOY LEAD PAINT
PRODUCTS LIABILITY LITIGATION					MDL No. 1893

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| ALABAMA NORTHERN<br>ALN  2  07-1805 | Mitchell Hungerpillar, et al. v. RC2 Corp., et al. — 08cv307 |
| ARKANSAS EASTERN<br>ARE  2  07-140 | April Wilson, etc. v. RC2 Corp. — 08cv308 |
| FLORIDA SOUTHERN<br>FLS  1  07-22271 | Brenda Maya Singer v. Learning Curve Brands, Inc. — 08cv309 |
| MISSOURI EASTERN<br>MOE  4  07-1689 | Brian Deutsch v. Learning Curve Brands, Inc. — 08cv310 |