**FILED**
**JANUARY 24, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# Transfer-In Cover Page

| | | |
|---|---|---|
| **April Wilson, etc.** | ) | |
|     **Plaintiff** | ) | |
| | ) | Transfer Court Case No.:  07cv140 |
|     **v.** | ) | |
| | ) | |
| **RC2 Corp.** | ) | Our Case No.: 08cv308 |
|     **Defendant** | ) | Judge:   Harry D. Leinenweber |
| | ) | |

CLOSED, JFF, MDL, TRANSO

# U.S. District Court
# Eastern District of Arkansas (Helena)
# CIVIL DOCKET FOR CASE #: 2:07-cv-00140-JLH
# Internal Use Only

Wilson v. RC2 Corporation
Assigned to: Chief Judge J. Leon Holmes
Case in other court: Lee County Circuit Court, CIV-07-00127
Cause: 28:1446 Petition for Removal- Personal Injury

Date Filed: 11/08/2007
Date Terminated: 01/24/2008
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

### Plaintiff

**April Wilson**
*parent and guardian of Matthew Wilson, a minor*
unknown
Matthew Wilson

represented by **Russell Davy Carter, III**
Attorney at Law
Post Office Box 628
Cabot, AR 72023
501-941-8946
Email: davy.carter@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**RC2 Corporation**

represented by **Claire Shows Hancock**
Wright, Lindsey & Jennings - Little Rock
200 West Capitol Avenue
Suite 2300
Little Rock, AR 72201-3699
(501) 212-1299
Email: chancock@wlj.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fred R. Biesecker**
Ice Miller LLP
One American Square
Suite 3100
Indianapolis, IN 46282-0200
317-236-2193
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By [signature] D.C.

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2007 | 2 | NOTICE OF REMOVAL by RC2 Corporation from Lee County Circuit Court, case number CIV-2007-127; Filing fee $350.00, receipt #LIT008803 (jap) (Entered: 11/09/2007) |
| 11/08/2007 | 3 | CLASS ACTION COMPLAINT against RC2 Corporation, filed by April Wilson (jap) (Entered: 11/09/2007) |
| 11/08/2007 |  | (Court only) ***Set Flag re magistrate (jap) (Entered: 11/09/2007) |
| 11/09/2007 | 1 | Unopposed MOTION for Extension of Time to File Answer *or Otherwise Respond to Plaintiff's Complaint* by RC2 Corporation (Hancock, Claire) (Entered: 11/09/2007) |
| 11/13/2007 |  | (Court only) ***Attorney Russell D. Carter, III for April Wilson; Fred R. Biesecker for RC2 Corporation added. (jap) (Entered: 11/13/2007) |
| 11/13/2007 | 4 | ORDER granting deft's 1 Unopposed MOTION for Extension of Time to File Answer; RC2 Corporation answer due 11/28/2007. Signed by Chief Judge J. Leon Holmes on 11/13/07. (vjt) (Entered: 11/13/2007) |
| 11/13/2007 | 5 | (Court only) CERTIFICATE OF MAILING by the Clerk re 4 Order (vjt) (Entered: 11/13/2007) |
| 11/21/2007 | 6 | MOTION to Stay *of Proceedings and for Extension of Time to Answer* by RC2 Corporation (Hancock, Claire) (Entered: 11/21/2007) |
| 11/21/2007 | 7 | BRIEF IN SUPPORT filed by RC2 Corporation re 6 Motion to Stay (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Hancock, Claire) (Entered: 11/21/2007) |
| 11/27/2007 | 8 | RESPONSE in Opposition re 6 MOTION to Stay *of Proceedings and for Extension of Time to Answer* filed by April Wilson. (Attachments: # SUBMITTED IN ERRO)(Carter, Russell) (Docket text modified on 11/28/2007 to indicate the attachments were submitted in error.) (thd) (Entered: 11/27/2007) |
| 11/27/2007 | 9 | MOTION to Remand filed by April Wilson. (Attachments: # 1 Supporting Affidavit)(thd) (Entered: 11/28/2007) |
| 11/27/2007 | 10 | BRIEF IN SUPPORT filed by April Wilson re 9 Motion to Remand. (thd) (Entered: 11/28/2007) |
| 11/28/2007 |  | NOTICE OF DOCKET CORRECTION re: 8 Response in Opposition to Motion for Stay of Proceedings. CORRECTION: The docket entry was modified to indicate the attachments were attached to docket entry 8 in error. The Motion to Remand with the supporting Affidavit was filed separately as docket entry 9, and the Brief in Support was filed separately as docket entry 10. (thd) (Entered: 11/28/2007) |
| 11/28/2007 | 11 | ORDER granting 6 Motion to Stay and for an extension of time to |

| | | |
|---|---|---|
| | | answer. This action is stayed and deft's time to answer is extended to 30 days following the entry of an order by the Judicial Panel on Multidistrict Litigation on the pending motions to transfer filed in MDL No. 1893. Signed by Chief Judge J. Leon Holmes on 11/28/07. (bkp) (Entered: 11/28/2007) |
| 11/28/2007 | ●12 | (Court only) CERTIFICATE OF MAILING by the Clerk re 11 Order on Motion to Stay, (bkp) (Entered: 11/28/2007) |
| 11/28/2007 | ● | (Court only) ***Set/Clear Flags (bkp) (Entered: 11/28/2007) |
| 01/23/2008 | ●13 | CONDITIONAL TRANSFER ORDER (CTO-1) (MDL 1893-Re RC2 Corp Toy Lead Paint Products Liability Litigation) - Case transferred to the Northern District of Illinois. (vjt) (Entered: 01/24/2008) |
| 01/24/2008 | ●14 | (Court only) CERTIFICATE OF MAILING by the Clerk re 13 Conditional Transfer Order (vjt) (Entered: 01/24/2008) |
| 01/24/2008 | ● | Case transferred to USDC for the Northern District of Illinois. Certified copy of transfer order and docket sheet, along with docket entries #1 - #12 forwarded to the Northern District of Illinois electronically, pursuant to their request. (vjt) (Entered: 01/24/2008) |
| 01/24/2008 | ● | (Court only) ***Clear "STAYED" Flag; Set Flags: MDL, TRANSFER OUT (vjt) (Entered: 01/24/2008) |